```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD BALDELLI,                                    :

                                                   :   ORDER OF DISCONTINUANCE
             Plaintiff,                        17 Civ. 8058 (GWG)

                                                   :

   -v.-

                                                   :

KARAKOSUITS.COM LTD, et al.,         :

                                                   :

           Defendants.                   :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       On February 21, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). By letter dated March 29, 2018, the parties have reported to the Court that they have reached a settlement of this matter.

       Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: March 29, 2018
       New York, New York

                                                                _____
                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge